FILED
2026 Sep-24 AM 11:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **RICKY NUCKLES,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 1:25-cv-1104-LCB-SGC** |
| | ) | |
| **B.D. WALKER,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER**

On July 28, 2026, U.S. Magistrate Judge Staci G. Cornelius issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1) recommending that Ricky Nuckles's amended petition for writ of habeas corpus (doc. 3) be denied. (Doc. 10). Nuckles has objected to the Report and Recommendation. (Doc. 11).

If a party objects to a portion of a Magistrate Judge's report or proposed findings or recommendations, the district court must review de novo those portions to which the party has specifically objected. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). Unchallenged portions of a Magistrate Judge's report are reviewed for clear error. *Haywood v. Green*, 695 F. Supp. 3d 1315, 1318 (N.D. Ala. Sept. 27, 2023). The district court may, in its review, "accept, reject, or modify, in whole or in part," the Magistrate Judge's findings or recommendations. 28 U.S.C. § 636(b)(1)(C).

Nuckles raises five objections to the Report and Recommendation, each concerning issues that the Court finds have been thoroughly analyzed—and resolved—by the Magistrate Judge. (Doc. 11). Having reviewed the challenged portions of the Magistrate Judge's report de novo and the rest for clear error, the Court concludes that the Magistrate Judge's Report and Recommendation (doc. 10) should be **ACCEPTED** and hereby **ADOPTS** it as the findings of the Court. The Court therefore **OVERRULES** Nuckles's objections (doc. 11) and **ORDERS** that the amended petition for writ of habeas corpus (doc. 3) be **DISMISSED with prejudice**.

The Clerk of Court is **DIRECTED** to close the case.

**DONE** and **ORDERED** this September 24, 2026.

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE